CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385, (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ERIC J. STEPHENSON (SBN: 282305)
estephenson@pahl-mccay.com
STEPHEN D. PAHL (SBN: 95900)
spahl@pahl-mccay.com
PAHL & McCAY
A Professional Law Corporation
225 West Santa Clara Street, Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Attorneys for Defendants Kimberly I. Moore and
Nahek Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KIMBERLY I. MOORE, in individual and representative capacity as trustee of the Kimberly I. Moore Revocable Living Trust of 2020; NAHEK ENTERPRISES, Inc., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 3:22-cv-02120-TLT<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 23, 2022          CENTER FOR DISABILITY ACCESS

                                   By:   /s/Amanda Seabock
                                         Amanda Seabock
                                         Attorneys for Plaintiff


Dated: September 23, 2022          PAHL & McCAY

                                   By:   /s/Eric J. Stephenson
                                         Eric J. Stephenson
                                         Attorney for Defendants
                                         Kimberly I. Moore and
                                         Nahek Enterprises, Inc.o

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Eric J. Stephenson, counsel for Kimberly I. Moore and Nahek Enterprises, Inc., respectively, and that I have obtained Eric J. Stephenson authorization to affix his electronic signature to this document.

Dated: September 23, 2022        CENTER FOR DISABILITY ACCESS

                                              By:    /s/Amanda Seabock
                                                   Amanda Seabock
                                                   Attorneys for Plaintiff